IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FRED CLARK,

   Plaintiff,

     v.

ACQURA LOAN, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:12-CV-2-TWT

ORDER

This is a pro se civil action. It is before the Court on the Report and Recommendation [Doc. 5] of the Magistrate Judge recommending dismissing this action without prejudice for lack of subject matter jurisdiction. After the Report and Recommendation was issued, the Plaintiff filed an amended Complaint in which he alleged a violation of the Fair Debt Collections Act and sought an injunction against a dispossessory action pending in the State Court of Fulton County. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This Court lacked subject matter jurisdiction of the original Complaint. The Court lacks subject matter jurisdiction as to the amended Complaint under the Rooker-Feldman doctrine. This action is DISMISSED without prejudice.

SO ORDERED, this 31 day of January, 2012.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge